UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)  NOTICE OF APPEARANCE
)  AND REQUEST FOR
v. )  ELECTRONIC
)  NOTIFICATION
LUIS CARLOS CONDE-FALON, )
  a/k/a "Nene," )  S1 06 Cr. 507 (RJS)
MANUEL HUMBERTO GOMEZ, )
ARLES BALLESTEROS-SANCHEZ, )
LUIS ALEJANDRO LEYTON-GONZALEZ, and )
JHONATAN CRUZ-VARGAS, )
)
               Defendants. )

TO: Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and to include her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

               Respectfully submitted,

               MICHAEL J. GARCIA
               United States Attorney for the
               Southern District of New York

          by: /Sarah Y. Lai/
               Sarah Y. Lai
               Assistant United States Attorney
               Tel.: (212) 637-1944

cc: Howard Leader, Esq.