# Howard R Leader
### Attorney at Law
381 Park Avenue South
Suite 701
New York, New York 10016

Telephone (646) 533-7696
Facsimile   (212) 545-7514

VIA FACSIMILE

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

February 20, 2008

<u>United States v. Manuel Humberto Gomez</u>
(S1) 06 Cr. 507 (RJS)

Dear Judge Sullivan:

   This letter is submitted for the purpose of formally submitting my Notice of Appearance in this matter. Apparently, I had overlooked doing so. Accordingly, I was not receiving notices via ECF and the Court did not have my e-mail address.

   I apologize for this oversight on my part.

   Respectfully submitted,


   /s/
   HOWARD R LEADER


cc: Sarah Lai, Esq.,
    Assistant United States Attorney